In the Matter of the Election of Directors of THE SILENT WRITING MACHINE COMPANY.

JOHN MACKAY, Appellant; THE SILENT WRITING MACHINE COMPANY et al., Respondents.

*Matter of Silent Writing Machine Co.*, 134 App. Div. 995, affirmed. (Argued January 4, 1910; decided January 18, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1909, which affirmed an order of Special Term denying an application to set aside an election of directors of a corporation.

*Louis Marshall* and *Abraham Benedict* for appellant.

*Morris Cohn, Jr.*, for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.